IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC., ET AL. | ) | |
| | ) | |
| v. | ) | No. 3:01-1164 |
| | ) | JUDGE CAMPBELL |
| LAWRENCE PARKER d/b/a BDP | ) | |
| MUSIC, ET AL. | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 43), entered April 19, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 43) is ADOPTED and APPROVED. Accordingly, Plaintiff's claims against Bring the Noize, Inc. are DISMISSED without prejudice for failure to prosecute.

Plaintiff's Motion for Judgment by Default Against Defendant Lawrence Parker d/b/a BDP Music (Docket No. 36) is GRANTED, and by contemporaneous Order, the Court shall enter default judgment against Defendant Lawrence Parker d/b/a BDP Music.

Entry of this Order shall constitute final judgment in this matter. Fed. R. Civ. P. 58. The Clerk is directed to close this file.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE